JS-6

MARCUS A. MANCINI, ESQ. (State Bar No.146905)
CHRISTOPHER BARNES, ESQ. (State Bar No.206186)
TARA J. LICATA, ESQ. (State Bar No. 266111)
**MANCINI & ASSOCIATES**
A Professional Law Corporation
15303 Ventura Boulevard, Suite 600
Sherman Oaks, CA 91403

Phone: (818) 783-5757
Fax:    (818)783-7710

Attorneys for Plaintiff **ROSARIO ZENTENO**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO ZENTENO, | Case No. **2:14-cv-05818-BRO (SSx)** |
| Plaintiff, | [Assigned for all purposes to the Hon. Beverly Reid O"Connell, Courtroom 14] |
| vs. | ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE |
| AMERICAN RED CROSS; AMERICAN RED CROSS BLOOD SERVICE SOUTHERN CALIFORNIA REGION; and DOES 1 through 100, Inclusive, | |
| Defendants | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) in its entirety.

DATED: October 23, 2014

MANCINI & ASSOCIATES
A Professional Law Corporation

By: _____
CHRISTOPHER BARNES, ESQ.
Attorneys for Plaintiff
**ROSARIO ZENTENO**

1

1 | DATED: ~~October~~     , 2014          HIRSCHFELD KRAEMER LLP
2 |                NOVEMBER 7
3 |
4 |                                        By: _____
5 |                                            Monte Grix, Esq.
   |                                            Attorneys for Defendants
   |                                            **AMERICAN RED CROSS and**
5 |                                            **AMERICAN RED CROSS BLOOD**
6 |                                            **SERVICES SOUTHERN**
   |                                            **CALIFORNIA REGION**
7 |
8 |
9 |                                        **IT IS SO ORDERED.**
   |                                             November 10, 2014
10|                                        **DATED:** _____
11|
12|                                        _____
   |                                        **UNITED STATES DISTRICT JUDGE**
13|
14|
15|
16|
17|
18|
19|
20|
21|
22|
23|
24|
25|
26|
27|
28|

**STIPULATION FOR DISMISSAL WITH PREJUDICE**